No. 3429.—El Pueblo, Apldo., *v.* Vargas, Aplte.—C. D. Ponce. Portar armas. Feb. 9, 1928. Se confirmó la sentencia por haber concluido el Tribunal que la prueba contiene imputaciones directas que sostienen el cargo de El Pueblo, sin que pueda aceptarse la teoría que al parecer sostiene el apelante de que porque un tío declare en contra de un sobrino quede no sólo su declaración sino toda la evidencia en igual sentido aportada viciada de nulidad.